ment and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

HERMAN KAHLMEYER, in His Own Behalf and in Behalf of All Persons Similarly Situated Who Will Come in and Contribute to the Expenses of This Action, v. THE GREEN-WOOD CEMETERY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

STAMPERS ARRIVAL OF BUYERS, INC., and Others v. M. B. R. PUBLICATIONS, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

L. C. LOOMIS, INC., v. GEEKIE NAUGHTON, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VON SCHMIDT-PAULI, INC., and Another. MARTHA HUNT VON WESTARP — ROBERT H. SOMMER and Others.— Motion to resettle order of this court entered March 21, 1941, granted. [See ante, p. 952.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SAMUEL FRANK v. DAVID'S FIFTH AVENUE, INC., and FORMA CORPORATION and DAVID'S FOR BAGS, INC.— Motion for leave to appeal to the Court of Appeals granted in so far as to permit the plaintiff to appeal from each and every part of the judgment entered upon the order of this court which was entered April 1, 1941. [See ante, p. 525.] Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

▆▆▆▆▆▆▆▆

## (April 25, 1941.)

LOUIS JACKNOWITZ, Appellant, v. SAMUEL KAUFMAN and Others, Respondents. — Order entered December 12, 1940, denying motion to punish for contempt unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

LOUIS JACKNOWITZ, Appellant, v. SAMUEL KAUFMAN and Others, Respondents. — Order unanimously modified by striking therefrom all provisions subsequent to the direction vacating the original decision and judgment entered thereon, without prejudice to a motion either to be relieved of the stipulation or for the entry of judgment in conformity therewith, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of East River Drive, from Grand Street to Montgomery Street, Excluding the Lands under the Jurisdiction of the President of the Borough of Manhattan, for Street Purposes, etc., for Park Purposes, in the Borough of Manhattan, City of New York. THE CITY OF NEW YORK, Appellant; THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and Others, Respondents.— Final decree, so far as appealed from, unanimously affirmed, with costs to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.